**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **STACY RODREKUS CALLOWAY,** )<br>)<br>Petitioner, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv504-MHT |
| ) | (WO) |
| **UNITED STATES OF AMERICA,** )<br>)<br>Respondent. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' objections (doc. nos. 46 & 49) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 45) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. nos. 1 & 29) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**